AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 10-291-M-01
)
E-mail Account ▮▮▮▮▮▮▮@gmail.com on )
Computer Servers Operated by Google, Inc., 1600 )
Amphitheatre Parkway, Mountain View, California )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
e-mail account ▮▮▮▮▮▮▮@gmail.com, maintained on computer servers operated by Google, Inc., headquartered at 1600 Amphitheatre Parkway, Mountain View, California,

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized):*
certain property, the disclosure of which is governed by Title 42, U.S.C. Section 2000aa, and Title 18, U.S.C. Sections 2701 through 2711, namely contents of electronic e-mails and other electronic data and more fully described in ATTACHMENT A to this application.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 793 | Gathering, transmitting or losing defense information |

The application is based on these facts:
See attached affidavit herein incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Reginald B. Reyes, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __MAY 28 2010__

*Judge's signature*

City and state: Washington, D.C.

ALAN KAY
U.S. MAGISTRATE JUDGE
*Printed name and title*