AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
для
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **10-291-M-01**
)
E-mail Account ▮▮▮▮▮▮▮▮@gmail.com on )
Computer Servers Operated by Google, Inc.,1600 )
Amphitheatre Parkway, Mountain View, California )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:
E-mail account ▮▮▮▮▮▮▮▮@gmail.com, maintained on computer servers operated by Google, Inc., headquartered at 1600 Amphitheatre Parkway, Mountain View, California.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Certain property, the disclosure of which is governed by Title 42, U.S.C. Section 2000aa, and Title 18, U.S.C. Sections 2701 through 2711, namely contents of electronic e-mails and other electronic data, more fully described in ATTACHMENT A to this application.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ____JUN 11 2010____
*(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _____.
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for __30__ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **MAY 28 2010**          _____
                                                                              *Judge's signature*

City and state: __District of Columbia__          **ALAN KAY**
                                                            **U.S. MAGISTRATE JUDGE**
                                                            *Printed name and title*